JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SIGNATORY STRUCTURES, INC., a California Corporation, <br><br> Defendant. | CASE NO. 2:17-cv-02343-JFW-JC <br><br> Assigned to the Hon. John F. Walter <br> **ORDER RE: DISMISSAL** |

1

ORDER RE: DISMISSAL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY ORDERED that:

(1) Pursuant to the "Stipulation for Dismissal Without Prejudice, Subject to the Court Retaining Jurisdiction of the Action to Enforce Settlement Agreement" entered into by and between Plaintiffs, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, and Defendant, SIGNATORY STRUCTURES, INC., a California Corporation, the above-entitled case shall be dismissed, without prejudice; and

(2) This Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the parties' Settlement Agreement, including, but not limited to, entering judgment, amending judgments, issuing writ of execution, and issuing other others.

Dated: November 13, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

2

ORDER RE: DISMISSAL